# Order

Michigan Supreme Court
Lansing, Michigan

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138244

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DELL DEWANE WALLER,
       Defendant-Appellant.

SC: 138244
COA: 288736
Oakland CC: 05-203594-FH

_____/

On order of the Court, the application for leave to appeal the December 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

d0921